IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DIRK WASSNER,

     Plaintiff,

v.                                                                              No. 13-cv-0954 MCA/SMV

CHRISTUS ST. VINCENT REGIONAL
MEDICAL CENTER, ALEX VALDEZ,
KEVIN GARRETT, BRENDA STEWART,
PEARL MOHNKERN,

     Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     March 20, 2014, at 10:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **March 20, 2014, at 10:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and whether to set a settlement conference.  If the case is ripe for a settlement conference, a date will be chosen during the hearing.  Therefore, counsel should have their calendars available for the hearing.

     **IT IS SO ORDERED.**

                                   _____

                                   **STEPHAN M. VIDMAR**
                                   **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.