## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOHN DIRK WASSNER,**

> **Plaintiff,**

**v.**                                                            **No. 13-cv-0954 MCA/SMV**

**CHRISTUS ST. VINCENT REGIONAL
MEDICAL CENTER, ALEX VALDEZ,
KEVIN GARRETT, BRENDA STEWART,
PEARL MOHNKERN,**

> **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:          July 1, 2014, at 2:00 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **July 1, 2014, at 2:00 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.