IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DIRK WASSNER, M.D.,

  Plaintiff,

v.                No. 1:13-cv-00954 MCA/SMV

CHRISTUS ST. VINCENT REGIONAL MEDICAL CENTER;
ALEX VALDEZ, in his official and individual capacities;
KEVIN GARRETT in his official and individual capacities;
BRENDA STEWART, in her official and individual capacities;
PEARL MOHNKERN, in her official and individual capacities; and
DOES 1-99, in their official and individual capacities,

  Defendants.

## ORDER GRANTING
## PLAINTIFF'S MOTION TO EXTEND DEADLINES

  THIS MATTER having come before the Court on Plaintiff's Motion to Extend Deadlines, Plaintiff, John Dirk Wassner being represented by Cuddy & McCarthy, LLP, by M. Karen Kilgore, Esq., Defendant CHRISTUS St. Vincent Regional Medical Center being represented by Fisher & Phillips, LLP, by A. Kevin Troutman, Esq., the Court being advised that the Motion is unopposed, having considered the Motion and pleadings in this matter, and being otherwise advised, FINDS and

  IT IS THEREBY ORDERED, ADJUDGED AND DECREED THAT:

  1.  The Motion to Extend Deadlines is granted.

  2.  The following deadlines are extended:

    a. The termination date for discovery: Extended from September 16, 2014 to November 17, 2014;

b.  Deadline to file Motions relating to discovery: Extended from October 6, 2014 to December 5, 2014;

c.  Deadline to file pretrial motions: Extended from October 16, 2014 to December 15, 2014;

d.  Deadline for Plaintiff to provide Pretrial Order to Defendant: Extended from December 1, 2014 to January 30, 2015; and

e.  Deadline for Defendants to file pretrial Order with the Court: Extended from December 15, 2014 to February 13, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed:

CUDDY & McCARTHY, LLP

By:  *Electronically Submitted September 17, 2014*
M. KAREN KILGORE
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476

and

By:  *Electronically Submitted September 17, 2014*
KEVIN TROUTMAN
FISHER & PHILLIPS LLP
333 Clay St., Suite 4000
Houston, Texas   77002
(713) 292-0150
(713) 292-0151 (Facsimile)
